RICHARD et al. v. UNITED STATES.

(Circuit Court, S. D. New York. December 9, 1897.)

CUSTOMS DUTIES—CLASSIFICATION—ROSE PLANTS, ETC.

Rose plants and azaleas mollis were dutiable, under paragraph 234½ of the act of August 27, 1894, as plants used for forcing under glass for cut flowers or decorative purposes, and were not entitled to free entry, under paragraph 587, as nursery stock.

This was an application to review a decision of the board of general appraisers affirming, as to the items mentioned in the opinion of the court, a decision of the collector of the port of New York in regard to the classification for duties under the act of August 27, 1894, of certain merchandise.

Albert Comstock, for plaintiffs.
Henry C. Platt, Asst. U. S. Atty.

WHEELER, District Judge. These are roses and azaleas mollis. They were assessed under paragraph 234½ of the tariff act of 1894, which provides for "orchids, lily of the valley, azaleas, palms, and other plants used for forcing under glass for cut flowers, or decorative purposes," against a protest that they should come in free under paragraph 587, which provides for free entry of "plants, trees, shrubs, and vines for all kinds commonly known as nursery stock." These do not appear to be nursery stock, within that description. Decision affirmed.